*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

JERRY MCCLURE, ET AL                                                Plaintiff(s)

v.                          4:10CV01172 SWW

LINDA WATSON, ET AL                                                 Defendant(s)

### ORDER

By order January 20, 2011, the Court directed that the parties participate in a Rule 26(f) conference and file a report by April 13, 2011. The proposed trial date in this matter is December 12, 2011, however no final scheduling order will be issued until the Rule 26(f) report is filed.

IT IS THEREFORE ORDERED that counsel file the Rule 26(f) report forthwith.

DATED this 11th day of July, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE