IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JERRY MCCLURE, ET AL., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | No. 4:10CV01172 SWW |
| | * | |
| DR. LINDA WATSON, ET AL., | * | |
| | * | |
| Defendants. | * | |

**Order**

Before the Court is the parties' joint motion to extend the discovery and motions deadlines. The motion [docket entry 24] is granted. The discovery deadline is extended to and including December 19, 2011, and the motions deadline is extended to and including January 17, 2012.

DATED this 27th day of October, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE