IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


JERRY MCCLURE, ET AL.,                    *
                                          *
               Plaintiffs,                *
                                          *
vs.                                       *       No. 4:10CV01172 SWW
                                          *
DR. LINDA WATSON, ET AL.,                 *
                                          *
               Defendants.                *

## Order

Before the Court is defendants' motion to extend the deadline for filing their motion for summary judgment. The motion [docket entry 29] is granted. The deadline for filing motions for summary judgment is extended to and including August 13, 2012.

DATED this 30th day of July, 2012.


                                    /s/Susan Webber Wright

                                    UNITED STATES DISTRICT JUDGE