IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| JERRY MCCLURE, ET AL., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | No. 4:10CV01172 SWW |
| | * | |
| DR. LINDA WATSON, ET AL., | * | |
| | * | |
| Defendants. | * | |

## Order

Before the Court is defendants' verbal motion to extend for one day the deadline for filing their motion for summary judgment. The motion is granted. Defendants have until and including August 14, 2012, in which to file their motion for summary judgment.

DATED this 13th day of August, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE