IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JERRY MCCLURE, ET AL., | * | |
| Plaintiffs, | * | |
| vs. | * | No. 4:10CV01172 SWW |
| DR. LINDA WATSON, ET AL., | * | |
| Defendants. | * | |

**Order**

Before the Court is a motion for voluntary dismissal filed by separate plaintiff James Cleveland to which there has been no timely response. The Court finds the motion should be granted.

IT IS THEREFORE ORDERED that the motion for voluntary dismissal [docket entry 28] is granted. The claims of separate plaintiff James Cleveland are dismissed without prejudice.

DATED this 13th day of August, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE