IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JERRY MCCLURE, DAMIEON F. JACKSON, IRA NICHOLSON, GREGORY HIGGINS, BOB H. MILSAP, ANTHONY OATES, BRIEN HARRIS, JAMES CLEVELAND, DEMETRIUS CHISM, CAROLYN CRAIG, KEM AUSTIN, DARRELL DAVIS, BERNARD ROSEBY, DENIOUS HOUSTON, CALVIN CARTER, ROY DANIELS, RANDY CHAPMAN, MALACHI HARSHAW, and FREDERICK WILLIAMS, Plaintiffs, | * | |
| vs. | * | No. 4:10CV01172 SWW |
| DR. LINDA WATSON, Individually and in her Official Capacity as Superintendent of Schools of the Little Rock School District; LITTLE ROCK SCHOOL DISTRICT; LITTLE ROCK SCHOOL DISTRICT BOARD OF EDUCATION; WAYNE ADAMS, Individually and in his Official Capacity as Director of Maintenance and Operations of the LITTLE ROCK SCHOOL DISTRICT; and KEVIN YARBERRY, Individually and in his Official Capacity as Supervisor of Maintenance and Operations of the Little Rock School District, Defendants. | * | |

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that plaintiffs' complaint is dismissed with prejudice.

DATED this 28th day of March, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE